FILED by ___ D.C.
ELECTRONIC

**May 7, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

# 09-80693-CiV-MARRA/JOHNSON

RYAN GALLAGHER

       Plaintiff,

vs.

THE FISHERMAN'S CENTER, INC.,
and WILLIAM BUCKLAND, individually

       Defendants.

_____/

## COMPLAINT

COMES NOW Plaintiff, RYAN GALLAGHER, by and through undersigned counsel, and hereby sues the Defendants, THE FISHERMAN'S CENTER, INC. and WILLIAM BUCKLAND, individually, and alleges the following:

1.    Jurisdiction in this Court is proper as the claims are brought pursuant to the Fair Labor Standards Act, as amended (29 U.S.C. §201, et. seq. hereinafter called the "FLSA") to recover unpaid back wages, an additional equal amount as liquidated damages, and reasonable attorney's fees and costs.

2.    Jurisdiction of this action is founded upon §216(b) of the FLSA [29 U.S.C. §216(b)].

3.    At all times material hereto, Plaintiff, RYAN GALLAGHER (hereinafter "GALLAGHER"), was and is a resident of Palm Beach County, Florida.

1

4.     At all times material hereto, Defendant, THE FISHERMAN'S CENTER, INC., was a Florida corporation doing business in Palm Beach County, Florida.

5.     At all times material hereto, Defendant, WILLIAM BUCKLAND, (hereinafter "BUCKLAND"), was and is an individual resident of Palm Beach County, Florida, who operates THE FISHERMAN'S CENTER, INC., where Plaintiff was employed, and who regularly exercises the authority to hire and fire employees, determine the work schedules of employees, set the rate of pay of employees, and control the operations of this business.  By virtue of such control and authority, BUCKLAND, is an employer as such term is defined by the FLSA 29 U.S.C. §201, et. seq..

6.     Plaintiff, GALLAGHER, brings this action on behalf of himself and all others similarly situated.

7.     At all times material hereto, Defendants, THE FISHERMAN'S CENTER, INC., and BUCKLAND, employed employees, including Plaintiff, who regularly were and are engaged in commerce or the production of goods for commerce, with Defendants having annual gross volume of sales or business done of not less than $500,000.00 (exclusive of excise taxes at the retail level that are separately stated) within the meaning of §203(r) and (s) of the FLSA.

8.     At all times material hereto, Defendants, THE FISHERMAN'S CENTER, INC., and BUCKLAND, acted directly or indirectly in the interest of an employer in relation to GALLAGHER, and the other employees similarly situated, and therefore both Defendants have been an employer within the meaning of §3(d) of the FLSA.  (29

2

U.S.C. §203(d)).

9.     Defendants employed GALLAGHER, and the other employees similarly situated, in the aforesaid enterprise for workweeks longer than forty hours and willfully failed to compensate such employees for their hours worked in excess of forty hours a week at a rate of at least one and one-half times the regular rate at which each was employed, contrary to the requirements of §7 of the FLSA (29 U.S.C. §207).

10.     Defendants were aware that Plaintiff, and the other employees similarly situated, were working hours in excess of forty a week, but refused to compensate such overtime hours.

11.     As a direct and proximate result of Defendants' willful and deliberate underpayment of wages, Plaintiff, and the other employees similarly situated, have been damaged in the loss of wages, including lost overtime compensation.

12.     Defendants' above-described violations of the FLSA were willful and were not conducted in a good faith attempt to comply with the FLSA.

13.     As a direct and proximate result of Defendants' hereinabove described violations of FLSA, Plaintiff, GALLAGHER, has had to retain the services of Gary A. Isaacs, P.A. and has agreed to pay same a reasonable attorney's fee.

WHEREFORE, Plaintiff, GALLAGHER, and the other employees similarly situated, demand judgment against Defendants, THE FISHERMAN'S CENTER, INC., and BUCKLAND, for compensatory damages, prejudgment interest, an additional equal amount as liquidated damages, together with costs and attorney's fees pursuant to

3

the FLSA, and such other further relief as this Court deems just and proper, including

trial by jury.

DATED this 7th day of May, 2009.

GARY A. ISAACS, P.A.
*Attorney for Plaintiff, Gallagher*
250 Australian Avenue South
Suite 1401, One Clearlake Centre
West Palm Beach, FL 33401
Email: gaisaacs@bellsouth.net
Tel.: (561) 655-9300
Fax: (561) 655-9325

By: _____

GARY A. ISAACS
Florida Bar No.: 602663

4

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as r~~equired by law, except as provided~~ by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed C**~~ases Below.~~

ELECTRONIC

**May 7, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

D.C.

## I. (a) PLAINTIFFS

Ryan Gallagher

## DEFENDANTS

The Fisherman's Center, Inc., and Willia~~m~~

**(b)** County of Residence of First Listed Plaintiff    Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Palm Beach County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Gary A. Isaacs, Esquire
250 Australian Ave. South, One Clearlake Center, Suite 1401
West Palm Beach, Florida  33401 (561) 655-9300

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE    ☐ MONROE    ☐ BROWARD  ✓ ☐ PALM BEACH    ☐ MARTIN    ☐ ST. LUCIE    ☐ INDIAN RIVER    ☐ OKEECHOBEE    HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

✓ ☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

O9CV 80693 KAM/LRS

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ✓ ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ✓ ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ ☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ✓ ☐ NO    b) Related Cases ☐ YES ✓ ☐ NO

JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

FAIR LABOR STANDARDS ACT , 29 U.S.C.  Section 201. Cause for Unpaid Overtime Wages

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ ☐ Yes    ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD

DATE
May 7, 2009

**FOR OFFICE USE ONLY**

AMOUNT  350    RECEIPT #  725814    IFP _____

5 of 5